1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

11
12
13
14
15
16

| CRAIG M. REED, | |
|---|---|
| Plaintiff, | NO. CV-07-0085-FVS |
| vs. | ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

17
18
19
20
21
22

Upon the Stipulated Motion of the parties, Ct. Rec. 18 is GRANTED.

IT IS ORDERED that this matter is dismissed with prejudice and without costs.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

DATED this ___25th___ day of March, 2008.

23
24
25

s/ Fred Van Sickle
_____
FRED VAN SICKLE
United States District Judge

26
27
28

ORDER OF DISMISSAL - 1